UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| TRI-STATE PROPERTIES OF NORTHERN KENTUCKY, INC., et al., | ) ) ) | Civil Action No. 2: 07-136-DCR |
| Plaintiffs, | ) ) | |
| V. | ) ) | |
| DONALD W. TRAPP, | ) ) | **ORDER** |
| Defendant. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is pending for consideration of the Plaintiffs' motion to enforce settlement and extension of time to sell property. [Record No. 69] Following a telephone conference and hearing, United States Magistrate Judge J. Gregory Wehrman filed a Report and Recommendation which recommended that the Plaintiffs' motion be denied. The Plaintiffs have not objected to this Report and Recommendation. Accordingly, being sufficiently advised, it is hereby

**ORDERED** as follows:

1.  The Report and Recommendation of the United States Magistrate Judge [Record No. 75] is **ADOPTED** and **INCORPORATED** herein by reference.

2.  The Plaintiffs' motion to enforce settlement agreement and extension of time to sell property is **DENIED**.

This 23rd day of June, 2008.



Signed By:
*Danny C. Reeves* DCR
United States District Judge